UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

      V.                    CRIMINAL NO.  3:20-cr-30038-MGM

**KEITH SUFFRITI**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Now comes the defendant in the above captioned matter and interposes the following objections to the Presentence Investigation Report:

¶ 20:  The defendant objects to a two-level enhancement under USSG § 2G2.2 (b)(6).  The defendant contends that the use a computer is not a valid enhancement as virtually every child pornography offense involves use of a computer.  Enhancements should be for conduct that is beyond the usual circumstances attended to every offense.  He waives further argument, in light of the fact that his sentence is governed by a F.R.Crim.P. 11 (c) (1) (C) plea agreement.

¶ 21:  The defendant objects to the 4-level enhancement under USSG § 2G 2.2 (b)(7)(C).  The defendant contends that there is no rational basis for arbitrarily assigning a value of 75 images to each video possessed by the defendant.  He waives further argument, in light of the fact that his sentence is governed by a F.R.Crim.P. 11 (c) (1) (C) plea agreement.

¶ 25:  The defendant contends that his Total Level should be 27.

¶ 35:  The defendant contends that he should not get three criminal history points for this conviction.  The defendant was seventeen at the time of his arrest for this offense and at that time

was punished as an adult consistent with Massachusetts state law.  Massachusetts has since raised the age for adult prosecution to 18.

¶ 37:  The defendant contends that his criminal history subtotal should be zero.

¶ 38:  The defendant contends that he should have a criminal history score of zero and hence be a Category I offender.

¶ 54:  The defendant wishes to clarify that the Department of Children and Families (DCF) currently will not permit him to live with his parents because his niece resides there.  He would return to this address only if permitted by his United States Probation Service Officer and DCF.

¶ 67:  The defendant contends that his Guideline imprisonment range should be 70-87 months.

          THE DEFENDANT

          By   /s/   David P. Hoose
          DAVID P. HOOSE,  BBO#239400
          SASSON, TURNBULL, RYAN & HOOSE
          100 Main Street
          Northampton, MA  01060
          (413) 586-4800
          (413) 582-6419 (fax)
          dhoose@strhlaw.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that this Sentencing Memorandum, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

            /s/ David P. Hoose
          David P. Hoose, Esq.